UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN LABORERS'
PENSION FUND,

    Plaintiffs,

Case No. 14-cv-14142
Hon. Matthew F. Leitman

v.

RITE WAY FENCE, INC. *et al.*,

    Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #75)

On January 17, 2017, Plaintiffs the Michigan Laborers' Pension Fund (the "Fund") filed a motion for summary judgment on its claims against Defendants Rite Way Fence, Inc. ("Rite Way"), Marx Contracting, Inc. ("Marx"), H & H Rentals, LLC ("H&H"), and Eugene Zapczynski. (*See* ECF #75.) The Court held a hearing on the Fund's motion on May 3, 2017.

For the reasons stated on the record at the hearing, the Fund's motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The Fund's motion is **GRANTED** with respect to Defendants Rite Way. Marx, and H&H; and

- The Fund's motion is **DENIED** with respect to Defendant Zapczynski.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113