UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOARD OF TRUSTEES OF THE MICHIGAN
LABORERS' PENSION FUND,

        Plaintiff,

Case No. 2:14-cv-14142
Hon. Matthew F. Leitman

v.

EUGENE M. ZAPCZYNSKI, et. al.,

        Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE,
AS TO DEFENDANT, EUGENE M. ZAPCZYNSKI,
DUE TO BANKRUTPCY STAY**

Defendant, Eugene Mark Zapczynski, filed for relief under Chapter 11 of the United States Bankruptcy Code on November 13, 2017. Accordingly, this case as to Defendant, Eugene M. Zapczynski, is stayed and therefore, IT IS HEREBY ORDERD that:

1.    This matter, as to Defendant, Eugene M. Zapcyzynski, is closed for administrative purposes, without prejudice.

2.    This closing does not constitute a dismissal or a decision on the merits.

3.    When the bankruptcy stay has been removed, this case, as to Defendant, Eugene M. Zapczynski, may be administratively reopened on motion of any party.

**IT IS SO ORDERED.**

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: January 8, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2018, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764